DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MELISSA ROSE TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-1029
————————————————

August 16, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Dane K. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.